# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>One 2012 Infiniti G37 coupe<br>VIN # JN1CV6FE0CM200056 | )<br>)<br>)<br>)<br>) | Case No. **14-2615 BPG** |

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of __Maryland__ is subject to forfeiture to the United States of America under _____ U.S.C. §  _____ *(describe the property)*:
18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461, and 21 U.S.C. § 853(f) and (p)

See Attachment B2.

FILED _____ ENTERED
LODGED _____ RECEIVED

DEC 2 2 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

The application is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Applicant's signature*

Kalliopi Tserkis-Mullins, Postal Inspector, USPIS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11-12-14

_____
*Judge's signature*

City and state: Baltimore, Maryland

Beth P. Gesner, U.S. Magistrate Judge
*Printed name and title*

Attachment B2

a. A 2012 Infiniti G37 Coupe, VIN # JN1CV6FE0CM200056